Mary K. Farrington-Lorch, AZBN 009450
Law Office of Mary K. Farrington-Lorch
3930 E. Camelback Road, Suite 100
Phoenix, AZ 85018
(602) 254-0249 / FAX (602) 926-8210
E-mail address: MaryKFL@farringtonlorchlaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re:

MICHAEL P SMITH
STEPHANIE J SMITH

Debtor.

Proceedings in Chapter 13

Bk. No.: 2:21-bk-00532-MCW

**OBJECTION OF CONN APPLIANCES, INC. D/B/A CONN'S HOMEPLUS AS SERVICER-IN-FACT AND ATTORNEY-IN-FACT FOR CONN CREDIT I, LP TO CONFIRMATION OF CHAPTER 13 PLAN**

Conn Appliances, Inc. d/b/a Conn's HomePlus as servicer-in-fact and attorney-in-fact for Conn Credit I, LP ("Creditor"), by and through its undersigned counsel, hereby objects to the Chapter 13 plan filed by Michael P Smith and Stephanie J Smith (hereinafter referred to as "Debtor") on February 9, 2021, and avers in support thereof as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. § 1334 and 11 U.S.C. § 1325.

2. Venue is proper in this Court pursuant to 28 U.S.C. § 1408 and/or 1409.

3. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(L).

4. On January 26, 2021 Debtor filed a voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code, and relief was ordered thereon.

5. On March 9, 2021 Creditor filed two Proofs of Claim in this bankruptcy case.

6. The first appears on the Claims Register as Claim # 15-1. It seeks a secured balance of $4,269.00 and an unsecured balance of $3,834.17. Contained within the Contract is a paragraph titled "Security Interest" which creates purchase money security interest in favor of Creditor. A copy of the contract is attached to the Proof of Claim. The plan makes no reference to the debt.

7. The second appears on the Claims Register as Claim # 16-1. It seeks a secured balance of $3,206.00 and an unsecured balance of $3,056.59. Contained within the Contract is a paragraph titled "Security Interest" which creates purchase money security interest in favor of Creditor. A copy of the contract is attached to the Proof of Claim. The plan makes no reference to the debt.

8. For these reasons the Debtor's proposed Chapter 13 Plan does not comply with the provisions of 11 U.S.C. § 1325(a) and confirmation must be denied.

WHEREFORE, Conn Appliances, Inc. d/b/a Conn's HomePlus as servicer-in-fact and attorney-in-fact for Conn Credit I, LP requests this Honorable Court enter an Order denying confirmation of the Debtor's proposed Chapter 13 Plan.

Respectfully submitted, this 25th day of March, 2021.

/s/Mary K. Farrington-Lorch
MARY FARRINGTON-LORCH
Attorney for Creditor, Conn Appliances, Inc.

Copy of the foregoing mailed this
25th day of March, 2021 to:

| | |
|---|---|
| 1 | Michael P Smith |
| | Stephanie J Smith |
| 2 | 791 E Birchwood Place |
| | Chandler, AZ 85249 |
| 3 | |
| | Lashawn D. Jenkins |
| 4 | 4020 N 20th St |
| | Suite 100 |
| 5 | Phoenix, AZ 85016 |
| 6 | Russell Brown |
| | Suite 800 |
| 7 | 3838 North Central Avenue |
| | Phoenix, AZ 85012-1965 |
| 8 | |
| | /s/Mary K. Farrington-Lorch |
| 9 | MARY FARRINGTON-LORCH |
| | Attorney for Creditor, Conn Appliances, Inc. |