Jenkins Law Firm
9393 N 90th Street
Suite 102 #62
Scottsdale, AZ 85258
TELEPHONE 602.283.9868
FAX 602.412.3954
LASHAWN.JENKINS@THEJENKINSLAWFIRM.COM

LaShawn D. Jenkins (#021840)
Asha Sebastian (#028250)

*Attorneys for Debtors*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

In re:

MICHAEL AND STEPHANIE SMITH,

Debtor,

Case No. 2:21-bk-00532-MCW

Chapter 13

**MOTION TO APPROVE MORATORIUM OF PLAN PAYMENTS**

Michael and Stephanie Smith ("Debtors") hereby file this Motion to request a moratorium on plan payments for 2 months for the March 26, 2021 payment and the April 26, 2021 payment, and to request that the Court not dismiss this case because the Debtors assert that they have filed their 2014 state tax returns. In support of this motion, Debtor states:

1. On January 26, 2021, Debtors filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code.

2. Debtor's mom fell and broke her hip and Debtor had to travel on an emergency basis to West Virginia to help.

3. After suspension of the March and April plan payments, Debtors will be able to resume plan payments in May. Should the Debtors' request for this moratorium be granted, the Debtors will still be able to complete their plan within sixty (60) months of confirmation.

4. Also, the Debtors assert that they have filed their 2014 State Tax Returns and will provide those to the Chapter 13 Trustee forthwith.

WHEREFORE, Debtors request that the Court enter an order:

A. Granting this Motion and approving a Chapter 13 plan payment moratorium for the March and April plan payments;

B. Not dismiss this case due to failure of debtor to make plan payments or file their 2014 state tax returns; and

C. For such other and further relief as the Court deems just and proper.

RESPECTFULLY SUBMITTED this 27th day of April, 2021.

JENKINS LAW FIRM

By /s/ LaShawn D. Jenkins
LaShawn D. Jenkins
Asha Sebastian
*Attorneys for Debtors*

**ORIGINAL** of the foregoing e-filed
this 27th day of April, 2021, with the Court.

**COPY** of the foregoing emailed through ECF
this 27th day of April, 2021, to:

Office of the United States Trustee
230 N. First Ave., #204
Phoenix, AZ 85003
USTPRegion14.PX.ECF@USDOJ.GOV

RUSSELL BROWN
ecfmailclient@ch13bk.com

MARY K. FARRINGTON-LORCH on behalf of Creditor Conn Appliances, Inc. d/b/a Conn's HomePlus as servicer-in-fact and attorney-in-fact for Conn Credit I, LP
MaryKFL@farringtonlorchlaw.com, ecf@farringtonlorchlaw.com

MATTHEW ALLEN SILVERMAN on behalf of Creditor ARIZONA DEPARTMENT OF REVENUE
matthew.silverman@azag.gov, BankruptcyUnit@azag.gov, hua.qin@azag.gov, michelle.schlosser@azag.gov

/s/ LaShawn D. Jenkins