Jenkins Law Firm
9393 N 90th Street
Suite 102 #62
Scottsdale, AZ 85258
TELEPHONE 602.283.9868
FAX 602.412.3954
LASHAWN.JENKINS@THEJENKINSLAWFIRM.COM

LaShawn D. Jenkins (#021840)
Asha Sebastian (#028250)

*Attorneys for Debtor*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

In re:

MICHAEL AND STEPHANIE SMITH,

Debtor,

Case No. 2:21-bk-00532-MCW

Chapter 13

**MOTION TO VACATE ORDER OF DISMISSAL AND TO REINSTATE CASE**

Miachael and Stephanie Smith ("Debtor"), move the Court to issue an order vacating dismissal of the case and reinstating the case. In support of this Motion, Debtor states:

1. On January 26, 2021, Debtors filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code.

2. The case was dismissed on April 29, 2021, because the Debtor failed to submit proof of filing certain federal and state tax returns. Counsel for Debtor has now emailed proof of the tax returns to the Trustee and/or the State of Arizona. The State of Arizona filed an amended proof of claim to reflect the Debtors filed state tax returns.

3. Good cause exists to reinstate Debtors case as Debtors have now complied with the providing proof of filing certain federal and state tax returns.

4. If the deadline(s) for filing complaints under FED.R BANKR.P. 4004(a) or 4007(c), motions under FED.R.BANKR.P. 1017(e), or proofs of claim under FED.R.BANKR.P. 3002(c) expired on or after the date the case was dismissed, or if less than thirty (30) days remains until such deadline, Debtor waives the right to object to complaints, motions, or proofs of claim filed

under FED.R.BANKR.P. 4004(a), 4007(c), 1017(e), and 3002(c) on grounds of timeliness, so long as they are filed in the thirty (30) days following notice of reinstatement of the case.

WHEREFORE, Debtor requests that the Court enter an order vacating the dismissal and reinstating this case, and for such other and further relief as the Court deems just and proper.

RESPECTFULLY SUBMITTED this 23rd day of June, 2021.

JENKINS LAW FIRM

By /s/ LaShawn D. Jenkins
    LaShawn D. Jenkins
    Asha Sebastian
    *Attorneys for Debtor*

**ORIGINAL** of the foregoing e-filed
this 23rd day of June, 2021, with the Court.

**COPY** of the foregoing emailed through ECF
this 23rd day of June, 2021, to:

Office of the United States Trustee
230 N. First Ave., #204
Phoenix, AZ 85003
USTPRegion14.PX.ECF@USDOJ.GOV

RUSSELL BROWN
Chapter 13
ecfmailclient@ch13bk.com

/s/ LaShawn D. Jenkins